UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROSA GONZALES, et al.,<br><br>        Defendants. | 1:17-cv-00038-GSA-PC<br><br>ORDER DENYING CHANGE OF ADDRESS TO LOS ANGELES P.O. BOX (ECF No. 6.)<br><br>ORDER FOR PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK TO MAIL CHANGE OF ADDRESS FORM AND COPY OF THIS ORDER TO PLAINTIFF AT TWO ADDRESSES |

**I.      BACKGROUND**

Jamar R. Hearns is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on January 11, 2017.  (ECF No. 1.)

On January 23, 2017, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (ECF No. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

On January 27, 2017, Plaintiff filed a notice requesting the court to change his address of record from:  P.O. Box 92 or 96, Chowchilla, California  93610, to:  P.O. Box 01795, Los Angeles, CA  90001.  (ECF No. 6.)

## II.     CHANGE OF ADDRESS TO ADDRESS OTHER THAN PRO SE LITIGANT'S ACTUAL ADDRESS

In the event that Plaintiff intends to retain his *in propria persona* status and continue representing himself, he may not change his address of record at the court to an address that does not reflect where he resides.  There is no Federal Rule of Civil Procedure or Local Rule allowing service of court and other legal documents at an address other than a pro se litigant's actual address.  Local Rule 131, Local Rule 182(f), and Local Rule 183(b) require pro se litigants to inform the court of their addresses and to keep the court informed of any change in their addresses.  There is no authority for the proposition that a pro se litigant can simply request the court to serve him at a different address.

There may be special circumstances in which the court could serve a pro se litigant at a separate address.  However, no such special circumstances are apparent here.  Moreover, service at a location other than Plaintiff's place of residence can pose significant problems with ensuring that Plaintiff receives all court documentation, meets court deadlines and prepares and signs all of his own legal documentation as a party proceeding in pro se.

The court's current address of record for Plaintiff is:  Valley State Prison, P.O. Box 92, Chowchilla, CA  93610-0092.  (Court Record.)  The CDCR's inmate locator shows that Plaintiff is currently incarcerated at Valley State Prison.  (CDCR Inmate Locator.)  The court finds no evidence that Plaintiff is out of custody or living in Los Angeles.

Therefore, the Clerk of Court shall be directed to send Plaintiff a change-of-address form.  Plaintiff is required to complete and return the form to the court within thirty days, notifying the court of his address of actual residence.  Plaintiff is cautioned that pro se litigants are required to notify the Clerk and all other parties of any change of address, and absent such notice, service of documents at the prior address of the party shall be fully effective.  See Local

///

1  Rule 182(f).  Moreover, Plaintiff's failure to comply with an order or any Local Rule may be
2  grounds for dismissal of the entire action.  See Local Rule 110.

3  **III.    CONCLUSION**

4  Based on the foregoing, IT IS HEREBY ORDERED that:

5  1.   Plaintiff's request to change his address of record at the court to a P.O. Box in
6       Los Angeles, CA is DENIED;

7  2.   The Clerk is DIRECTED to:

8       (a)   Mail a copy of this order and a change-of-address form to Plaintiff at
9             both of the following addresses:

10            (1)   Jamar R. Hearns
                    G-26293
11                  Valley State Prison
                    P.O. Box 92
12                  Chowchilla, CA  93610-0092

13            (2)   Jamar R. Hearns
                    P.O. Box 01795
14                  Los Angeles, CA  90001

15  3.   Within thirty days of the date of service of this order, Plaintiff is required to file
16       a notice of change of address, notifying the court of his address of actual
17       residence; and

18  4.   Plaintiff's failure to comply with this order shall result in a recommendation that
19       this action be dismissed.

20

21  IT IS SO ORDERED.

22  Dated:   **February 6, 2017**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
23