# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR HEARNS,<br><br>        Plaintiff,<br><br>   vs.<br><br>ROSA GONZALES, et al.,<br><br>        Defendants. | 1:17-cv-00038-AWI-GSA-PC<br><br>**ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE FROM FEBRUARY 14, 2019 TO MARCH 14, 2019 FOR ALL PARTIES**<br>**(ECF No. 27.)**<br><br>**<u>New</u> dispositive motion deadline - 03/14/19** |

## NOTICE OF EXTENSION OF DEADLINE

On July 16, 2018, the court issued a discovery and scheduling order in this case, opening discovery and setting out pretrial deadlines. (ECF No. 27.) Due to mechanical error, the dispositive motion filing deadline was set for February 14, 2019, instead of March 14, 2019. As correction, the deadlines shall now be set as follows:

      **Exhaustion Motion Filing Deadline -- 10/16/2018**
      **Deadline to Amend Pleadings -- 11/13/2018**
      **Discovery Deadline -- 01/16/2019**
      **<u>New</u> Dispositive Motion Filing Deadline -- 03/14/2019**

All other provisions of the July 16, 2018 discovery and scheduling order remain the same.

IT IS SO ORDERED.

   Dated:   **August 30, 2018**              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE