UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROSA GONZALES, et al.,<br><br>  Defendants. | 1:17-cv-00038-AWI-GSA-PC<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41**<br>**(ECF No. 71.)**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

Jamar R. Hearns ("Plaintiff") is a former prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint filed by Plaintiff on February 9, 2018, against defendant Rosa Gonzales ("Defendant") on Plaintiff's claims for retaliation, violation of the Free Exercise Clause of the First Amendment, and violation of the Bane Act.[1] (ECF No. 17.)

On January 6, 2021, the parties filed a stipulation for voluntary dismissal with prejudice under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 71.)

Rule 41 provides, in part: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R.

---

[1] On April 16, 2018, the court issued an order dismissing all other claims and defendants from this action. (ECF No. 21.)

Civ. P. 41(a)(1)(A).  Here, the parties have filed a stipulation of dismissal, signed by all parties who have appeared in this case, stipulating to the dismissal of this action with prejudice.  (ECF No. 71.)  Therefore, the stipulation is effective and this case is dismissed with prejudice.

    Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for voluntary dismissal of this case, signed by Plaintiff and counsel for defendant F. Padilla and filed on April 9, 2021, is effective as of the date it was filed;
2. This case is DISMISSED in its entirety with prejudice; and
3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

    Dated: **April 12, 2021**          **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE